UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KNIGHTS FRANCHISE SYSTEMS, INC.,**<br><br>*Petitioner,*<br><br>v.<br><br>**IMPERIAL LODGINGS, LLC, et al.,**<br><br>*Defendants.* | Civil Action No. 14-6121<br><br>ORDER |

**ARLEO,** UNITED STATES DISTRICT JUDGE

**THIS MATTER** comes before the Court on Plaintiff Knights Franchise Systems' ("KFS") motion for default judgment against Defendant Karsan Bhai Patel ("Patel") pursuant to Federal Rule of Civil Procedure 55(b)(2), Dkt. No. 31;

and for the reasons set forth in the Court's accompanying Opinion;

**IT IS**, on this 26th day of April, 2017,

**ORDERED** that KFS's motion for default judgment, Dkt. No. 31, is **DENIED** without prejudice; and it is further

**ORDERED** that KFS shall file a revised motion for default judgment within **thirty days** of this Order.

/s Madeline Cox Arleo
**MADELINE COX ARLEO**
**United States District Judge**

1